FILED
CLERK, U.S. DISTRICT COURT

NOV - 4 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO 16-634 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| Christopher Lemos, | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) [X] the appearance of defendant as required; and/or

(B) [X] the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

History of Non-compliance, history of substance abuse, prior criminal history.

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

Limited personal information, history of bench warrants, multiple parole violations, Non-compliance, No available Resources.

IT IS ORDERED that defendant be detained.

DATED: 11/4/2016

/s/ John E. McDermott
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2